**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1549**

In re:  ZANTWAN DEVORRIS WORTHY,

          Petitioner.

On Petition for Writ of Mandamus.  (1:07-cr-00127-NCT-1)

Submitted:  August 20, 2019                       Decided:  August 22, 2019

Before FLOYD and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Zantwan Devorris Worthy, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zantwan Devorris Worthy petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion for reconsideration of the district court's order accepting the magistrate judge's recommendation and denying Worthy's 28 U.S.C. § 2255 (2012) motion. Worthy seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court ruled on Worthy's motion on July 29, 2019. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*